IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED MYLES,<br><br>                       Petitioner,<br><br>   v.<br><br>R. J. RACKLEY,<br><br>                       Respondent. | No. 2:16-cv-0278 TLN CKD P<br><br>ORDER |

    Upon considering respondent's request, and good cause appearing, respondent's request for enlargement of time (ECF No. 10) is granted. Respondent shall have an additional thirty (30) days, up to and including August 17, 2016, to file a response to petitioner's habeas petition.

Dated: July 21, 2016

                                                CAROLYN K. DELANEY<br>
                                                UNITED STATES MAGISTRATE JUDGE